214 So.2d 164

**TERRE HAUTE PLANTATION, INC.**

v.

**LOUISIANA & ARKANSAS RAILWAY COMPANY.**

No. 49381.

Oct. 3, 1968.

In re: Terre Haute Plantation, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist. 210 So.2d 566.

Writ refused. On the facts found by the Court of Appeal, there appears no error of law in its judgment.

214 So.2d 164

**Andrew WILSON**

v.

**SUMMIT BUILDING, INC. and Ray Grein.**

No. 49379.

Oct. 3, 1968.

In re: Summit Building, Inc., and C. Ray Grein applying for certiorari, or writ

of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 210 So.2d 576.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.